[No. 26380-7-II.    Division Two.    June 15, 2001.]

WILLIAM E. WEST, JR., *Petitioner*, v. AUDREY M. OSBORNE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-05861-1, Thomas P. Larkin, J., entered October 29, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ. Now published in part at 108 Wn. App. 764.

[No. 45742-0-I.    Division One.    June 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILVER LOZANO SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02373-5, Harriett M. Cody, J., entered November 24, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 46286-5-I.    Division One.    June 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ELVE ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00615-1, Steven J. Mura, J., entered January 5, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 19179-6-III.    Division Three.    June 19, 2001.]

BARBARA J. BELL, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-07894-1, Linda G. Tompkins, J., entered February 28, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.